**Order entered November 7, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01064-CV

## IN RE LEO BIENATI, THERESA PHAM, CARLOS LACAYO, AND ANDRES RUZO, Relators

## No. 05-22-00324-CV

## LEO BIENATI, THERESA PHAM, CARLOS LACAYO, AND ANDRES RUZO, Appellants

## V.

## HOLY KOMBUCHA, INC. AND CLOISTER HOLDINGS, LLC, Appellees

**Original Proceeding and Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-17448**

## ORDER
Before Chief Justice Burns and Justices Partida-Kipness and Smith

Based on the Court's opinion of today's date, we **DENY** relators' petition for writ of mandamus. We **DENY** relators' motion for relief under rule 29.3.


/s/      CRAIG SMITH
JUSTICE